**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**KERRY HOGAN,**

                **Plaintiff,**              1:22-cv-1384
                                                       (GLS/TWD)

                **v.**

**NOVO NORDISK, INC.,**

                **Defendant.**

**APPEARANCES:**                          **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Kerry Hogan
*Pro Se*
210 Shaker Ridge Drive
Niskayuna, NY 12309

**FOR THE DEFENDANT:**
Morgan, Lewis & Bockius LLP      MICHAEL FLEMING, ESQ.
101 Park Avenue
New York, NY 10178

502 Carnegie Center                TERRY D. JOHNSON, ESQ.
Princeton, NJ 08540

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

     The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Thérèse Wiley Dancks, duly filed October 16, 2023. (Dkt. No. 42.) Following fourteen (14) days from the service thereof, the Clerk has sent the file, including any and all

objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 42) is **ADOPTED** in its entirety; and it is further

**ORDERED** that this action is **DISMISSED** for failure to prosecute; and it is further

**ORDERED** that the clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

November 6, 2023
Albany, New York

Gary L. Sharpe
U.S. District Judge